# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133246

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

KIERRE SMART a/k/a JASON SMART,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133246
COA: 263435
Wayne CC: 05-001373-01

On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

p0618